UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

June Ballah, )
) Civil Action No. 0:04-2473-SB
Plaintiff, )
) **ORDER**
-vs- )
)
Jo Anne B. Barnhart, Commissioner )
of Social Security, )
)
Defendant. )

This matter is before the Court on the pro se Plaintiff's action for judicial review, pursuant to 42 U.S.C. § 405(g), of a final decision of the Commissioner of Social Security, which denied her claim for disability benefits. By local rule, this action was referred to United States Magistrate Judge Bristow Marchant for initial review.

On May 3, 2005, the Magistrate Judge issued a report analyzing the issues and recommending that the Commissioner's decision be affirmed. Prior to the issuance of this report, the Plaintiff erroneously filed a notice of appeal, and the action was stayed in this Court until the Fourth Circuit remanded the action. Thereafter, the Court granted the Plaintiff an additional amount of time in which to file specific, written objections to the report and recommendation.

The Plaintiff submitted hand-written objections, outlining in detail her history of medical ailments and difficulties in the work place as a result of these ailments. The Plaintiff's submission does not, however, explain how the Commissioner's decision was not supported by substantial evidence, which is the standard of review

in this Court. See Hays v. Sullivan, 907 F.2d 1453, 1456 (4th Cir. 1990). The Court has conducted an exhaustive review of the entire record – including the administrative file and transcript, as well as the pleadings and other papers submitted during the pendency of this action – and concludes that the Commissioner's decision is supported by substantial evidence and therefore should be affirmed.[1]

Based on the foregoing, it is

ORDERED that the Plaintiff's objections to the report and recommendation are overruled; the Magistrate Judge's report and recommendation are affirmed and adopted; the Commissioner's final decision is affirmed; and this action is ended.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

March 29, 2006
Charleston, S.C.

---

[1] The Court here reiterates the Magistrate Judge's suggestion that the Plaintiff re-file a claim for disability benefits if she believes her condition(s) have worsened since the time of the ALJ's original decision.

2